UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Receiver for PLCMGMT LLC, dba PROMETHEUS LAW,<br><br>Plaintiff,<br><br>v.<br><br>TERESITA CATIPAY; ANTHONY CATIPAY; CHRISTINA CATIPAY; MARK CATIPAY; YINGJIE MAO; AND BEVERLY PALACIO,<br><br>Defendants. | Case No. 2:17-cv-04347-TJH (FFMx)<br><br>**JUDGMENT FOLLOWING ORDER GRANTING RECEIVER'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT YINGJIE MAO [44]** |

The Court entered an Order granting summary judgment against Defendant Yingjie Mao on May 15, 2018 (ECF No. 41). Judgment in the amount of $327,333.94 is accordingly entered in favor of Plaintiff Thomas W. McNamara, in his capacity as the Court-appointed Receiver for PLCMGMT LLC dba Prometheus Law, and against Defendant Yingjie Mao.

IT IS SO ORDERED.

Dated: September 24, 2018

Hon. Terry J. Hatter, Jr.
United States District Judge